# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### EASTERN DIVISION

RECEIVED

2006 MAY 22 P 3: 48

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

|  |  |  |
|---|---|---|
| DOROTHY WAKEFIELD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO.: 3:06CU 460 - C |
| | ) | |
| ELI LILLY AND COMPANY et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## DEFENDANT ELI LILLY AND COMPANY'S
## CORPORATE DISCLOSURE STATEMENT

Defendant Eli Lilly and Company, pursuant to Rule 7.1, hereby states that it does not have a parent corporation and that there are no publicly held corporations that own 10% or more of its stock.

Alan D. Mathis

James C. Barton, Jr.
Bar Number: ASB-0237-B51J
Email: jbartonjr@jbpp.com

Alan D. Mathis
Bar Number: ASB-8922-A59M
Email: adm@jbpp.com

Attorneys for defendant
Eli Lilly and Company

**JOHNSTON BARTON PROCTOR & POWELL LLP**
2900 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2618
Telephone: (205) 458-9400
Facsimile: (205) 458-9500

## OF COUNSEL

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing was served by first class mail, postage prepaid, on this 22nd day of May 2006 upon the following:

> E. Frank Woodson, Esq.
> Beasley, Alllen, Crow,
> Methvin, Portis & Miles, P.C.
> P.O. Box 4160
> Montgomery, Alabama 36104

_____
Of Counsel

W0558104.DOC