# EXHIBIT B

IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

SANQUIRNETTA McCRAY-MARTIN, )
                            )
    Plaintiff,              )
                            )
    v.                      )     CIVIL ACTION NO.
                            )     2:05cv1048-T
                            )
ELI LILLY AND COMPANY and   )
YOLANDA BROWN, Sales        )
Representative,             )
                            )
    Defendants.             )

ORDER

It is ORDERED that the motion to stay (Doc. No. 1) is granted and that this cause is stayed pending MDL transfer.

DONE, this the 22nd day of November, 2005.

　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE