# EXHIBIT C

IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

SHAHEED MUHAMMAD, )
 )
   Plaintiff, )
 )
 ) CIVIL ACTION NO.
v. ) 2:05cv1046-MHT
 )
ELI LILLY AND COMPANY and )
YOLANDA BROWN, Sales )
Representative, )
 )
   Defendants. )

ORDER

It is ORDERED that the motion to reconsider (Doc. No. 12) is denied.

DONE, this the 24th day of March, 2006.

                                                  /s/ Myron H. Thompson
                                        UNITED STATES DISTRICT JUDGE