# EXHIBIT F

STAY

# U.S. District Court
## Northern District of Alabama (Western)
### CIVIL DOCKET FOR CASE #: 7:06-cv-00636-LSC

Anderson v. Eli Lilly and Company et al  
Assigned to: Judge L Scott Coogler  
Case in other court: Circuit Court of Bibb County, Alabama, CV 06-00029  
Cause: 28:1441 Petition for Removal- Product Liability

Date Filed: 03/30/2006  
Jury Demand: Both  
Nature of Suit: 365 Personal Inj. Prod. Liability  
Jurisdiction: Diversity

**Plaintiff**

**Donna K Anderson**    represented by   **Timothy C Davis**
HENINGER GARRISON DAVIS LLC
2224 First Avenue North
PO Box 11310
Birmingham, AL 35202
205-326-3336
Fax: 205-326-3332
Email: ldaniel@hgdlawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**W Lewis Garrison, Jr**
HENINGER GARRISON & DAVIS LLC
2224 First Avenue North
Birmingham, AL 35203
205-326-3336
Fax: 205-326-3332
Email: wlgarrison@hgdlawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William L Bross, IV**
HENINGER GARRISON & DAVIS LLC
2224 First Avenue North
PO Box 11310
Birmingham, AL 35202
205-326-3336
Fax: 205-326-3332
Email: wlbross@gsattys.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

Eli Lilly and Company    represented by    **Alan Daniel Mathis**
JOHNSTON BARTON PROCTOR &
POWELL LLP
AmSouth Harbert Plaza, Suite 2900
1901 6th Avenue North
Birmingham, AL 35203-2618
458-9400
Email: adm@jbpp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James C Barton, Jr**
JOHNSTON BARTON PROCTOR &
POWELL LLP
2400 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, AL 35203-2618
205-458-9441
Fax: 205-458-9500
Email: jbartonjr@jbpp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

Derrick Oden    represented by    **Alan Daniel Mathis**
JOHNSTON BARTON PROCTOR &
POWELL LLP
1901 6th Avenue North
Birmingham, AL 35203-2618
458-9400
Email: adm@jbpp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James C Barton, Jr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

Valerie Wright    represented by    **Alan Daniel Mathis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James C Barton, Jr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/30/2006 | 1 | NOTICE OF REMOVAL by Eli Lilly and Company, from Circuit Court of Bibb County, Alabama, case number CV 2006-29. ( Filing fee $ 250 ) filed by Eli Lilly and Company.(AHI, ) (Entered: 03/31/2006) |
| 03/30/2006 | 2 | ANSWER to Complaint with Jury Demand by Valerie Wright.(AHI, ) (Entered: 03/31/2006) |
| 03/30/2006 | 3 | ANSWER to Complaint with Jury Demand by Derrick Oden.(AHI, ) (Entered: 03/31/2006) |
| 03/30/2006 | 4 | ANSWER to Complaint with Jury Demand by Eli Lilly and Company. (AHI, ) (Entered: 03/31/2006) |
| 03/30/2006 | 5 | NOTICE of Corporate Disclosure by Eli Lilly and Company (AHI, ) (Entered: 03/31/2006) |
| 03/30/2006 | 6 | MOTION to Stay all proceedings pending transfer decision by the Judicial Panel on MDL by Eli Lilly and Company. (AHI, ) (Entered: 03/31/2006) |
| 03/30/2006 | 7 | Brief 6 in Support of MOTION to Stay filed by Eli Lilly and Company. (AHI, ) (Entered: 03/31/2006) |
| 04/03/2006 | 8 | UNIFORM INITIAL ORDER - with appendices attached. Signed by Judge L Scott Coogler on 4/3/2006. (ADF, ) (Entered: 04/03/2006) |
| 04/05/2006 | 9 | NOTICE by Eli Lilly and Company re 6 MOTION to Stay *attaching Supplemental Authority* (Attachments: # 1 Exhibit A)(Mathis, Alan) (Entered: 04/05/2006) |
| 04/05/2006 | 10 | NOTICE by Eli Lilly and Company re 6 MOTION to Stay *attaching Additional Supplemental Authority* (Attachments: # 1 Exhibit A)(Mathis, Alan) (Entered: 04/05/2006) |
| 04/05/2006 | 11 | NOTICE by Eli Lilly and Company re 6 MOTION to Stay *attaching Additional Supplemental Authority* (Attachments: # 1 Exhibit A# 2 Exhibit B)(Mathis, Alan) (Entered: 04/05/2006) |
| 04/06/2006 | 12 | ORDER re 6 MOTION to Stay filed by Eli Lilly and Company. Plaintiff has 5 days to appear in writing and show cause why Defendant's motion should not be granted. Signed by Judge L Scott Coogler on 4-6-06. (AES) (Entered: 04/06/2006) |
| 04/13/2006 | 13 | RESPONSE in Opposition re 6 MOTION to Stay filed by Donna K Anderson. (Attachments: # 1 # 2 # 3 # 4 # 5)(Garrison, W) (Entered: 04/13/2006) |
| 04/19/2006 | 14 | REPLY to Response to Motion re 6 MOTION to Stay filed by Eli Lilly and Company. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Exhibit H# 9 Exhibit I# 10 Exhibit J# 11 Exhibit K# 12 Exhibit L# 13 Exhibit M# 14 |

| | | |
|---|---|---|
| | | Exhibit N)(Mathis, Alan) (Entered: 04/19/2006) |
| 04/27/2006 | | ORDER granting 6 Motion to Stay case pending transfer to MDL. Signed by Judge L Scott Coogler on 4/27/2006. (BST, ) (Entered: 04/27/2006) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 05/19/2006 10:08:57 | | | |
| PACER Login: | jb0116 | Client Code: | 2046-47 |
| Description: | Docket Report | Search Criteria: | 7:06-cv-00636-LSC |
| Billable Pages: | 2 | Cost: | 0.16 |