# EXHIBIT H

FILED
2006 Apr-05 PM 03:16
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| PAMELA JACKSON, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Civil Action No. CV-06-S-576-NE |
| ELI LILLY AND COMPANY; MARY V. GREEN; | ) ) ) ) |
| Defendants. | ) ) |

ORDER

This action was originally filed in the Circuit Court of Morgan County, Alabama, but removed to this court pursuant to 28 U.S.C. §§ 1441 and 1446. The action now is before the court on the following motions: defendant Eli Lilly and Company's motion to stay all pretrial activity in this case pending a final decision on its transfer to a Multidistrict Litigation proceeding that has been established in the United States District Court for the Eastern District of New York (doc. no. 4); plaintiff's motion to remand the action and motion for an expedited hearing on the issue (doc. no. 12); and plaintiff's motion for a protective order, which will allow plaintiff to attach exhibits to the motion to remand (doc. no. 7). Upon consideration of the motions, and the briefs in support and in opposition thereto, the motion to stay is GRANTED, consideration of the motion to remand is STAYED, and the motion

for a protective order is DENIED.

    DONE this 5th day of April, 2006.

                                            /s/ Lynwood Smith
                                            United States District Judge