# EXHIBIT K

IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

DANDALL McTIER, JR.,            )
                                )
    Plaintiff,                  )
                                )
                                )     CIVIL ACTION NO.
    v.                          )       2:05cv607-T
                                )
ELI LILLY AND COMPANY,          )
et al.,                         )
                                )
    Defendants.                 )

ORDER

It is ORDERED that the joint motion for stay (Doc. No. 10) is granted and this cause is stayed pending MDL transfer.

DONE, this the 9th day of August, 2005.

    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE