# EXHIBIT T

```
                                              FILED
UNITED STATES DISTRICT COURT          IN CLERK'S OFFICE
EASTERN DISTRICT OF NEW YORK        U.S. DISTRICT COURT, E.D.N.Y.
----------------------------------------X   ★  JAN 1 1 2005  ★

                                          BROOKLYN OFFICE
IN RE- ZYPREXA LITIGATION
                                              ORDER
                                          04 MD 1596 (JBW)

----------------------------------------X
```

It is expected that all discovery to date will be shared by past and incoming parties without the need for duplication.

                                                          s/Jack B. Weinstein
                                                        JACK B. WEINSTEIN
                                                    SR. UNITED STATES DISTRICT JUDGE

DATED: 1/5/05

