**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                              TELEPHONE (334) 954-3600

# NOTICE OF REASSIGNMENT

RE:   Dorothy Wakefield v. Eli Lilly & Co. Et al
      Civil Action No. 3:06cv000460-WHA

The above-styled case  has been reassigned from Magistrate Judge Charles S.
Coody  to  Magistrate Judge Vanzetta McPherson.

Sincerely,

Sheryl K. Lent
Deputy Clerk