# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
## EASTERN DIVISION

| | |
|---|---|
| **DOROTHY WAKEFIELD,** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| v. | * CASE NO.: 3:06-cv-460-WHA |
| | * |
| **ELI LILLY AND COMPANY, et al.** | * |
| | * |
| **Defendants.** | * |

## PLAINTIFF'S SUPPLEMENTAL EXHIBIT TO RESPONSE TO MOTION TO STAY

COMES NOW Plaintiff, by and through her counsel of record and submits the Orders attached as Exhibits "1" through "5" from the Southern District of Alabama as additional support for this Court to **DENY** Defendant's Motion to Stay currently pending before this Court.

Respectfully submitted this the 9th day of June, 2006

/s/ E. Frank Woodson_____
E. FRANK WOODSON (WOODS0479)
Attorney for Plaintiff

**OF COUNSEL:**
BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.
Post Office Box 4160
Montgomery, Alabama 36103-4160
Phone: (334) 269-2343
Fax:    (334) 954-7555

## **CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing document upon the parties as listed below by placing a copy of same in the United States Mail, first class, postage prepaid on this the 9th day of June, 2006.

James C. Barton
Alan D. Mathis
JOHNSTON, BARTON, PROCTOR,
& POWELL, L.L.P.
2900 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203

/s/ E. Frank Woodson
Of Counsel