# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| **DOROTHY WAKEFIELD,** | ) |
| **Plaintiff,** | ) |
| v. | ) CASE NO.: 3:06-cv-0460-WHA |
| **ELI LILLY AND COMPANY et al.,** | ) |
| **Defendants.** | ) |

### DEFENDANT ELI LILLY AND COMPANY'S
### NOTICE OF FILING SUPPLEMENTAL AUTHORITY
### IN SUPPORT OF ITS MOTION TO STAY ALL PROCEEDINGS

COMES NOW defendant Eli Lilly and Company ("Lilly") and, in further support of its Motion to Stay, files two Orders granting Lilly's Motion to Stay in cases pending in this district, which were filed by Plaintiff's counsel and are nearly identical to the present action.

Judge Myron Thompson granted Lilly's motions to stay in *Grant v. Eli Lilly and Company et al.*, No: 2:06-cv-464-MHT (M.D. Ala. July 27, 2006) (Order attached as Exhibit "A"), and *Frizzle v. Eli Lilly and Company et al.*, No.: 2:06-cv-467-MHT (M.D. Ala. July 27, 2006) (Order attached as Exhibit "B"). The allegations against Lilly and Yolanda McCain in those cases are identical to the allegations against them in the present case. Moreover, Judge Thompson was

presented with essentially the same Motion to Remand and Opposition to Motion to Stay that Plaintiff's counsel has filed here.

        Respectfully submitted,

        s/ James C. Barton Jr.
        James C. Barton, Jr.
        Bar Number: ASB-0237-B51J
        Email: jbartonjr@jbpp.com

        s/ Alan D. Mathis
        Alan D. Mathis
        Bar Number: ASB-8922-A59M
        Email: adm@jbpp.com

        Attorneys for defendant
        Eli Lilly and Company

**JOHNSTON BARTON PROCTOR & POWELL LLP**
2900 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203
Telephone: (205) 458-9400
Facsimile: (205) 458-9500

    **OF COUNSEL**

-3-

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the above and foregoing with the Clerk of the Court on July 28, 2006, using the CM/ECF system, which will send notification of such filing to the following:

>E. Frank Woodson, Esq.
>Beasley, Allen, Crow, Methvin,
>Portis & Miles, P.C.
>P.O. Box 4160
>Montgomery, Alabama 36104

                                                    s/ Alan D. Mathis
                                                    Of Counsel

W0567090.DOC