IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

MATTIE GRANT,                )
                             )
    Plaintiff,                )
                             )
                             )    CIVIL ACTION NO.
    v.                       )    2:06cv464-MHT
                             )        (WO)
                             )
ELI LILLY AND COMPANY, and   )
YOLANDA McCAIN,              )
                             )
    Defendants.               )

ORDER

It is ORDERED that the motion for stay (doc. no. 5) is granted and this cause is stayed pending MDL transfer. See, e.g., McCray-Martin v. Eli Lilly and Company, civil action no. 2:05cv1048-T (M.D. Ala. Nov. 22, 2005) (order staying case, including remand motion, pending MDL transfer); Muhammad v. Eli Lilly and Company, civil action no. 2:05cv1046-T (M.D. Ala. Nov. 22, 2005) (same).

DONE, this the 27th day of July, 2006.

                           /s/ Myron H. Thompson
                    UNITED STATES DISTRICT JUDGE