IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

ROBERT FRIZZLE,                )
                               )
    Plaintiff,                 )
                               )     CIVIL ACTION NO.
    v.                         )     2:06cv467-MHT
                               )        (WO)
ELI LILLY and COMPANY and      )
YOLANDA McCAIN, Sales          )
Sales Representative,          )
                               )
    Defendants.                )

ORDER

It is ORDERED that the motion for stay (doc. no. 4) is granted and this cause is stayed pending MDL transfer. See, e.g., Grant v. Eli Lilly and Company, civil action no. 2:06cv464-MHT (M.D. Ala. July 27, 2006) (order staying case, including remand motion, pending MDL transfer); McCray-Martin v. Eli Lilly and Company, civil action no. 2:05cv1048-T (M.D. Ala. Nov. 22, 2005) (same); Muhammad v.

<u>Eli Lilly and Company</u>, civil action no. 2:05cv1046-T (M.D.

Ala. Nov. 22, 2005) (same).

    DONE, this the 27th day of July, 2006.


                       <u>  /s/ Myron H. Thompson  </u>
                       UNITED STATES DISTRICT JUDGE